UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

          vs.

TELEFONAKTIEBOLAGET LM ERICSSON,

                    Defendant.

Case No.

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Wendy E. Pearson for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of California; and that her contact information is as follows:

Applicant's Name:  Wendy E. Pearson

Firm Name:  Securities and Exchange Commission

Address:  444 S. Flower Street, Suite 900

City/State/Zip:  Los Angeles, CA 90071

Telephone/Fax:  (323) 965-4546 / (213) 443-1904

Applicant having requested Pro Hac Vice to appear for all purposes as counsel for the Securities and Exchange Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  _____

_____
United States District Judge