| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------- X<br>SECURITIES AND EXCHANGE<br>COMMISSION,<br><br>                                  Plaintiff,<br>                  -v-<br><br>TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>                                  Defendant.<br>------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 12/13/2019<br><br><br>1:19-cv-11214-GHW<br><br>ORDER |
|---|---|

GREGORY H. WOODS, United States District Judge:

       The Court declines to consider the parties' proposed order at Dkt. No. 7. Plaintiff failed to follow the Court's Individual Rules—specifically Rule 1(F), which requires, *inter alia*, that "immediately following the filing of any proposed order or stipulation, parties are directed to submit a joint letter to the Court." In this case, the Court expects that any letter would provide the legal and factual basis for the Court to conclude that the SEC's proposed final judgment is fair and reasonable, and that it would not disserve the public interest. *See S.E.C. v. Citigroup Global Markets, Inc.*, 752 F.3d 285, 294 (2d Cir. 2014). The submission should specifically address the factors described in *Citigroup*. *See id.* at 294-95.

       Additionally, counsel for Defendant is directed to enter a notice of appearance in this case.

       Counsel for Plaintiff is directed to serve this order on Defendant and to retain proof of service.

       SO ORDERED.

Dated: December 13, 2019
       New York, New York

                                                            GREGORY H. WOODS
                                                            United States District Judge