USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
SECURITIES AND EXCHANGE :
COMMISSION, :
:
Plaintiff, :
-v- :  1:19-cv-11214-GHW
:
TELEFONAKTIEBOLAGET LM ERICSSON, :  ORDER
:
Defendant. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: January 21, 2020
       New York, New York

_____
GREGORY H. WOODS
United States District Judge